IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CYNTHIA MARSHALL         :

v.                       :   CIVIL ACTION NO. AMD-00-1440

GIANT FOOD STORES        :

..oOo..

### ORDER

In accordance with the foregoing Memorandum, IT IS this 22 day of May, 2000, by this Court, hereby ORDERED:

1. That a ruling on the plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, **IS RESERVED** pending the plaintiff's compliance with the instant Memorandum and Order;

2. That the plaintiff **IS GRANTED** TWENTY (20) days from the date of this Order to file a supplement to her complaint in accordance with the directives contained in the attached Memorandum. The plaintiff is cautioned that her failure to file a timely response in compliance with the present Memorandum and Order will result in dismissal of this complaint without further notice from the Court; and

3. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to **the plaintiff**.

Andre M. Davis
United States District Judge