IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 16  P 4: 28
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

CYNTHIA R. MARSHALL, )
  )
  Plaintiff, )
  )
v. ) No. AMD-00-1440
  )
GIANT FOOD STORES, )
  )
  Defendant. )

## ORDER

Upon consideration of the Defendant's Motion for Enlargement, and any Opposition thereto, it is hereby ORDERED THAT:

(1) Defendant's Motion for Enlargement is GRANTED; and that

(2) Defendant shall have until August 29, 2000 to Answer or file a Motion to Dismiss.

ORDERED this 16th day of Aug, 2000.

_____
United States District Court Judge

